1  Berj K. Parseghian (Cal. Bar No. 200932)
   LIPPES MATHIAS LLP
2  420 Lexington Avenue, Suite 2005
   New York, NY 10170
3  Telephone: (332) 345-4500
   Facsimile: (716) 853-5199
4  Email: bparseghian@lippes.com

5  Attorneys for Defendant
   ARSTRAT LLC
6

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10
   SILVIO SANTIAGO,                    Case No.  2:25-cv-6282
11
              Plaintiff,                **DEFENDANT ARSTRAT LLC'S**
12                                      **NOTICE OF REMOVAL**
   v.
13
   DIGNITY HEALTH FRENCH
14 HOSPITAL MEDICAL CENTER;
   ARSTRAT LLC; and DOES 1-10
15 INCLUSIVE

16            Defendants.

17

18       Defendant Arstrat LLC ("Arstrat" or "Defendant"), by filing this Notice of
19 Removal and related papers, hereby removes the above-entitled action from the
20 Superior Court of the State of California for the County of San Luis Obispo to the
21 United States District Court for the Central District of California, Western Division
22 pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.
23       In support of this Notice of Removal, Defendant asserts the following:
24       1.   On June 9, 2025, Plaintiff commenced this action against Defendant in
25 the Superior Court of the State of California for the County of San Luis Obispo, the
26 proceeding entitled and captioned: Silvio Santiago v. Dignity Health French
27 Hospital Medical Center; Arstrat LLC; and Does 1-10 Inclusive, Case No. 25CV-
28 0373 (the "Complaint").

2. On June 10, 2025, Defendant was served with the Complaint.

3. The Complaint asserts two claims: the first pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.*, and the second pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

4. The above-described action is a civil action over which this Court has original jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 based on Plaintiff's claim under the Fair Debt Collection Practices Act and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This Court has supplemental jurisdiction over the related state claim pursuant to 28 U.S.C. § 1367.

5. Defendant's Notice of Removal is being filed within 30 days after service of the Summons and Complaint on Defendant and, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. On July 8, 2025, Brendan H. Little, Esq. from my office conferred with counsel for defendant Dignity Health French Hospital Medical Center ("Dignity"), and Dignity consented to removal of this action to federal court.

8. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto.

9. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Plaintiff and counsel for Dignity. Upon service of this Notice on counsel for Plaintiff and counsel for Dignity, Defendant will file a Proof of Service with this Court.

WHEREFORE, Defendant Arstrat LLC removes this action from the Superior Court of the State of California for the County of San Luis Obispo to the United States District Court for the Central District of California.

DATED: July 10, 2025

**LIPPES MATHIAS LLP**

s/ Berj K. Parseghian
Berj K. Parseghian
Attorneys for Defendant
Arstrat, LLC