| | |
|---|---|
| **SUPERIOR COURT, COUNTY SAN LUIS OBISPO**<br>**San Luis Obispo Branch**, 1050 Monterey Street, Rm 220, San Luis Obispo, CA 93408<br>**Paso Robles** Branch 901 Park Street, Paso Robles, CA 93446 | |
| **Silvio Santiago vs. Dignity Health** | **CASE NUMBER**<br>**25CV-0373** |
| | **Case Management Conference** |

6/12/2025

# NOTICE OF ASSIGNMENT AND CASE MANAGEMENT CONFERENCE

This case is assigned to **Hon. Judge Tana L. Coates** for all purposes.

Plaintiff must serve the Summons and Complaint, a copy of this Notice; the Standing Case Management Order (located at https://www.slo.courts.ca.gov/divisions/civil ) of the judge assigned for all purposes and must file proofs of service within 60 days after the Complaint is filed.

**Defendants shall file responsive pleadings with 30 days of service** unless the parties stipulate to an extension of not more than 15 days.

IT IS HEREBY ORDERED:
1. The parties or their attorneys must appear for a first Case Management Conference **on December 04, 2025, 9:00 AM, Department 4 either in person or by Zoom.** THE PARTIES OR THEIR ATTORNEYS MUST APPEAR AT THE CASE MANAGEMENT CONFERENCE EITHER IN PERSON OR BY ZOOM.  For information regarding remote appearance via Zoom, please see the Court's website https://www.slo.courts.ca.gov/ or the information below.

2. Parties are responsible for reviewing and following the Case Management Order of the Assigned Judge.  The orders are located at  https://www.slo.courts.ca.gov/os/tentativerulings.htm

3. Each party must file and serve a Case Management Statement <u>at least 15 days</u> before the conference.

4. The person appearing at the first Case Management Conference must be familiar with the case and prepared to discuss suitability of the case for mediation, binding arbitration, judicial arbitration, or some form of alternative dispute resolution.

5. Trial will be set within the 11th or 12th month after the filing of the Complaint. Counsel must arrange their schedules, reserve dates with witnesses and schedule trial preparation with this in mind. Continuances will be granted only on a clear showing of good cause.

6. All law and motion matters will be calendared in the department of the assigned judge and filed with the Clerk's office.

7. <u>Each party should be prepared to show cause why sanctions should not be imposed for a failure to comply with these rules.</u> **LIMITED JURISDICTION ONLY:** unless the parties have entered into

arbitration as required by Local Rules 9.00 and 26.00.

**\*\*\*If you will be appearing by Zoom, please follow the instructions below.**

**BEFORE** your hearing date:

- Visit www.zoom.us for more information on how Zoom works and how you can join hearings or meetings. Zoom works on computer desktops and most smartphones that are equipped with a camera and microphone. You can download the Zoom application on your device or download the Zoom program if you are using a computer. (www.zoom.us/download).  You **do not** need to create a Zoom account in order to participate in the Zoom hearing.
- **Name your device with your legal name.**
    - ✓ **For Android users: Tap the following sequence: Settings> Quick settings> About device> Device name.**
    - ✓ **For iPhone users: go to Settings> General, then tap About; Tap Name and rename your device.**
- Test the Zoom **audio** and **video** functions on your device **before** your hearing.
- Visit https:/zoom.us/test for more information on how to test your device.

**On your hearing date**:

- Log onto Zoom through your internet browser or through the app on your mobile device.  To join the hearing, from the Zoom program or app, click on "Join A Meeting" and enter the Hearing ID and password shown here.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1604075307?pwd=NVRlYnZVMHRsUEJvZk9ETjd3Y3VwZz09

**Meeting ID: 160 407 5307**
**Passcode: 79513**

One tap mobile
+16692545252 US (San Jose)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 833 568 8864 US Toll-free

**Meeting ID: 160 407 5307**

Find your local number: https://www.zoomgov.com/u/abYAZgzpIW

Join by SIP
1604075307@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)

- You may also access the Zoom information from the Court's website at: https://www.slo.courts.ca.gov
- Click on "Remote Court Appearances via Zoom" and locate the Department you are to appear in.  Click

- on "Join Zoom Meeting."
- Upon joining the meeting, you will be placed in a "**WAITING ROOM.**" When the Court is ready to start the hearing, the Court will move you from the waiting room into the meeting.

**During the hearing**:

- Existing rules and procedures regarding making a record by a court reporter or electronic device, or obtaining a transcript after the hearing, apply to remote appearances. Participants may not record or broadcast the remote appearance except in compliance with California Rule of Court, rule 1.150. A violation of this Rule may result in the imposition of sanctions as set forth in subsection (f) of Rule 1.150.
- Participants, including attorneys, parties, and other participants must:
Participate in the remote appearance with the same degree of courtesy, decorum, use of appropriate language, and courtroom etiquette as required for a personal courtroom appearance;

   Dress in the same manner as they would for a personal appearance in court, without sunglasses, hats, and/or face coverings;

   Ensure that they have enough battery power for the entire remote appearance, including having a charger readily available, and having access to enough cellular data and/or Wi-Fi for the duration of the remote appearance;

   Eliminate all ambient and/or distracting noise from the participant's location;

   To the extent possible, place electronic mobile devices on a solid surface with the camera at eye level;

   Ensure consistent lighting, avoiding rooms with bright windows and/or back-lighting, so that the participant can be seen;

   Display their legal name on the videoconferencing screen;

   Disable virtual background features except for the default virtual backgrounds on Zoom;

   Speak directly into the microphone on the electronic device used to connect to the court session.

**Exhibits**:

If you want to present evidence to the Court, please follow the instructions below. **ALL EXHIBITS MUST BE PRESENTED TO THE COURT AND THE ALL THE PARTIES AT <u>LEAST 5 DAYS</u> PRIOR TO THE HEARING.**

- Print your exhibits, place them in a binder, submit the binder or place the binder in one of the two drop boxes outside the San Luis Obispo Courthouse. If the exhibits are too large for the drop box, drop them off inside the Courthouse at Jury Services, on the second floor.
- You may e-file your exhibits with the Court; however hard copy in a binder are **required** to be dropped off prior to your hearing. For more information, go here:
http://www.odysseyefileca.com/