| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Youssef H. Hammoud | SBN: 321934<br>The Credit Attorney, Inc.<br>601 Parkcenter Dr Ste 202   Santa Ana, CA 927053538<br>TELEPHONE NO.: (949) 301-9692 | FAX NO. | E-MAIL ADDRESS (Optional): yhammoud@thecreditattorney.com<br>ATTORNEY FOR (Name): Plaintiff: Silvio Santiago | **ELECTRONICALLY FILED**<br>**6/24/2025 8:58 AM**<br><br>San Luis Obispo Superior Court<br>By: Hannah Holiday, Deputy Clerk |
| **SAN LUIS OBISPO COUNTY SUPERIOR COURT**<br>STREET ADDRESS: 1050 MONTEREY ST.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN LUIS OBISPO, CA 93408<br>BRANCH NAME: CRIMINAL COURT OPERATIONS | |
| PLAINTIFF: Silvio Santiago | CASE NUMBER:<br>25CV-0373 |
| DEFENDANT: Dignity Health French Hospital Medical Center et al | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Silvio Santiago |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **Dignity Health French Hospital Medical Center**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **DAISY MONTENEGRO - AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **330 North Brand Boulevard**
   **Glendale, CA 91203**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **6/11/2025**   (2) at *(time):* **12:33 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/76972A

| PETITIONER: Silvio Santiago | CASE NUMBER: |
|---|---|
| RESPONDENT: Dignity Health French Hospital Medical Center et al | 25CV-0373 |

Case 2:25-cv-06282   Document 1-6   Filed 07/10/25   Page 2 of 2   Page ID #:31

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                    (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of: **Dignity Health French Hospital Medical Center**
      under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)                         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)         ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                           ☐ 415.46 (occupant)
                                                            ☐ other:

7. **Person who served papers**
   a. Name: **Shaunt Demirchyan - A2Z Attorney Service**
   b. Address: **1401 Garden Hwy, #100  Sacramento, CA 95833**
   c. Telephone number: **(916) 436-5484**
   d. **The fee** for service was: **$ 35.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner     ☐ employee     ☑ independent contractor.
          (ii) Registration No.: **2023065327**
          (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/12/2025**

**A2Z Attorney Service**
**1401 Garden Hwy, #100**
**Sacramento, CA 95833**
**(916) 436-5484**
**www.a2zattorneyservice.com**

_____
**Shaunt Demirchyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)