Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (332) 345-4500
Facsimile: (716) 853-5199
Email: bparseghian@lippes.com

Attorneys for Defendant
ARSTRAT LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SILVIO SANTIAGO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH FRENCH HOSPITAL MEDICAL CENTER; ARSTRAT LLC; and DOES 1-10 INCLUSIVE<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-6282<br><br>**DEFENDANT ARSTRAT LLC'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

The undersigned, counsel of record for Arstrat LLC, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal

- Chasware Group Holdings, LLC (parent of Arstrat, LLC).

DATED: July 10, 2025

**LIPPES MATHIAS LLP**


s/ Berj K. Parseghian
Berj K. Parseghian
Attorneys for Defendant