Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (332) 345-4500
Facsimile: (716) 853-5199
Email: bparseghian@lippes.com

Attorneys for Defendant
ARSTRAT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SILVIO SANTIAGO,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH FRENCH HOSPITAL MEDICAL CENTER; ARSTRAT LLC; and DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No. 2:25-cv-6282<br><br>**DEFENDANT ARSTRAT, LLC'S FED R. CIV. P. 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Arstrat, LLC, by and through its undersigned attorneys, hereby notifies this Court and all parties of the following:

Arstrat, LLC is a Nevada limited liability company. Its parent company is Chasware Group Holdings, LLC. No publicly held corporation owns 10% or more interest of Arstrat, LLC.

DATED: July 10, 2025

**LIPPES MATHIAS LLP**

s/ Berj K. Parseghian
Berj K. Parseghian
Attorneys for Defendant