UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 25-6282-MWF(RAOx)** | Date: August 20, 2025 |
| Title | ***Silvio Santiago v. Dignity Health French Hospital Medical Center, et al.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Defendant Arstrat, LLC ("Arstrat") filed a Notice of Removal (the "NoR") on July 10, 2025.  (Docket No. 1).  Defendant Arstrat filed its Answer to Complaint on July 16, 2025.  (Docket No. 6).  On July 17, 2025, Plaintiff Silvio Santiago and Defendant Dignity Health French Hospital Medical Center ("Dignity Health") filed a Stipulation extending the time for Dignity Health to respond to Plaintiff's Complaint, to August 15, 2025.  (Docket No. 11).

Defendant Dignity Health has not filed its response to Plaintiff's Complaint.  The Court now **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution as to Defendant Dignity Health.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 5, 2025**.

- By Defendant Dignity Health:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiff:  Application to the Clerk to Enter Default as to Defendant Dignity Health.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-6282-MWF(RAOx)**                                         Date:  August 20, 2025

Title        ***Silvio Santiago v. Dignity Health French Hospital Medical Center, et al.***

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 5, 2025**, will result in the dismissal of this action as to Defendant Dignity Health.

    IT IS SO ORDERED.