JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIEGNITY HEALTH FRENCH HOSPITAL MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | Case No. CV 25-6282-MWF(RAOx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ARSTRAT, LLC AND DIGNITY HEALTH FRENCH HOSPITAL MEDICAL CENTER |

The Court has considered the parties' Stipulation for Dismissal With Prejudice as to Defendants Arstrat, LLC and Dignity Health French Hospital Medical Center (the "Stipulation"). (Docket No. 15). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice against Defendants Arstrat, LLC and Dignity Health French Hospital Medical Center.

**IT IS SO ORDERED.**

Dated: October 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge